Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS CERVANTES OCHOA,<br><br>Defendant. | DOCKET NO. 6:15-mj-0049-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Jesus Cervantes OCHOA has failed to pay the statutory assessment and failed to obtain a driver's license.

1    As the legal officer, I am aware that Jesus Cervantes OCHOA, was charged with
2    5 counts in a criminal complaint: Count one, driving while license suspended in violation
3    of Title 36 Code of Federal Regulations § 4.2 incorporating California Vehicle Code
4    §14601.1(a); Count two, failing to display license plates in violation of Title 36 Code of
5    Federal Regulations § 4.2 incorporating California Vehicle Code §5200; Count three,
6    failing to provide proof of registration in violation of Title 36 Code of Federal Regulations
7    § 4.2 incorporating California Vehicle Code §4000; Count four, failing to provide proof of
8    insurance in violation of Title 36 Code of Federal Regulations § 4.2 incorporating
9    California Vehicle Code §16028; Count 5 carrying an open container of alcohol in a
10   vehicle in violation of Title 36 Code of Federal Regulations § 4.14.
11   OCHOA plead guilty to counts one and five on August 5, 2015, and was
12   sentenced to twelve months of unsupervised probation with the conditions he pay a $20
13   special assessment, obey all laws, report all new violations of the law, and obtain a valid
14   driver's license and file proof with the court.  The government alleges OCHOA has
15   violated the following condition(s) of his unsupervised probation:
16   CHARGE ONE:    FAILURE TO PAY THE SPECIAL ASSESSMENT
17   SPENCER was ordered to pay a $20 special assessment.  To date, OCHOA has
18   paid $0.00.
19   CHARGE TWO:    FAILURE TO OBTRAIN A DRIVER'S LICENSE
20   OCHOA was ordered to obtain a valid driver's license and file proof with the court.
21   To date, no proof has been filed.  A check of OCHOA's driver's license shows it currently
22   in suspended or revoked status.

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

_11/28/16_
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

_11/29/16_
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California