AO 245D-CAED(Rev. 11/2016) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| **JESUS OCHOA CERVANTES** | Criminal Number: **6:15MJ049-001** |
| | Defendant's Attorney: Megan Hopkins, Appointed |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of charges   One and Two   as alleged in the violation petition filed on   12/2/2016  .

[ ]  was found in violation of condition(s) of supervision as to charge(s) ⎯ after denial of guilt, as alleged in the violation petition filed on ⎯.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| ONE | FAILURE TO PAY THE SPECIAL ASSESSMENT | December 2, 2016 |
| TWO | FAILURE TO OBTAIN A DRIVER'S LICENSE | December 2, 2016 |

The court:   [✓] revokes:   [✓] modifies:   [ ] continues under same conditions of supervision heretofore ordered on   8/5/2015  .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ⎯ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**1/13/2017**
_____
Date of Imposition of Sentence

/s/ Michael J. Seng
_____
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
_____
Name & Title of Judicial Officer

1/26/2017
_____
Date

AO 245-CAED(Rev. 11/2016) Sheet 4 - Misdemeanor Probation

DEFENDANT:**JESUS OCHOA CERVANTES**

CASE NUMBER:**6:15MJ049-001**

## PROBATION

The defendant is hereby sentenced to probation for a term of :
UNSUPERVISED PROBATION EXTENDED FOR 12 MONTHS FROM TODAY'S DATE.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant shall pay the state fine in full ($2,800.00 balance) by 12/15/2017.

2. The Defendant is ordered to obey all federal, state, and local laws.

3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.

4. The Defendant is ordered to personally appear for a Probation Review Hearing on 12/15/2017 at 10:00 am before U.S. Magistrate Judge Seng.

5. The Defendant shall complete 40 hours of community service at any non-profit organization. The Defendant shall perform and complete the community service hours by 12/15/2017.

6. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

7. The Defendant shall obtain a valid drivers license and file proof of valid license with the court through counsel by 12/15/2017.