HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JESUS OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           Plaintiff,      vs.  JESUS OCHOA,           Defendant. | Case No. 6:15-mj-00049-MJS  **STIPULATION TO VACATE JANUARY 13, 2017 PROBATION VIOLATION ADMISSION AND JUDGMENT, AND STIPULATION TO EXTEND PROBATION; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Jesus Ochoa, that the January 13, 2017 probation violation admission and judgment be vacated, and that the Court extend probation to February 5, 2018, with a date of proof of compliance and review hearing set on January 5, 2018.

On August 5, 2015, this Court sentenced Mr. Ochoa to eighteen months of unsupervised probation, with the conditions that he obey all laws, report any new law violations to the Court through counsel, that he pay a $20.00 special assessment, and that he obtain a driver's license. Additionally, the Court sentenced Mr. Ochoa to twenty days suspended custody with credit for one day served.

On December 2, 2016, the government filed an affidavit of alleged probation violation, alleging that Mr. Ochoa violated his probation by failing to pay the $20.00 special assessment,

and by failing to obtain a driver's license.

On January 13, 2017, this Court held a review hearing. At the hearing, Mr. Ochoa admitted the violations. The Court then extended Mr. Ochoa's unsupervised probation for an additional twelve months, with all previous orders to remain in full effect. In addition, the Court ordered Mr. Ochoa to complete forty hours of community service. A review hearing was then set for December 15, 2017.

The parties are in agreement that both Mr. Ochoa's admission to the probation violations and the Court's judgment of January 13, 2017, be vacated. In addition, the parties are in agreement that Mr. Ochoa's probation be extended to February 5, 2018, Mr. Ochoa pay the special assessment and obtain his driver's license and provide proof of both at or prior to the January 5, 2018 review hearing. Defendant will be present at the review hearing unless proof has been filed prior and an order has been issued vacating the hearing date. The Court's sentence of August 5, 2015, is to remain in effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  January 26, 2017

*/s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 26, 2017

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JESUS OCHOA

Ochoa: Stipulation

2

**O R D E R**

The Court hereby grants the parties' joint request to vacate the January 13, 2017 probation violation admission and judgment, as well as the parties' joint request to extend unsupervised probation in case number 6:15-mj-00049-MJS. Probation is hereby extended to February 5, 2018, subject to the same terms and conditions imposed on August 5, 2015. A review hearing shall be set for January 5, 2018, at 10:00 a.m. at the U.S. District Courthouse in Fresno, California. Defendant is to pay the special assessment and obtain a driver's license and provide proof of same at or prior to the January 5, 2018 review hearing. Defendant is ordered to be present at the review hearing unless proof has been filed prior and an order has been issued vacating the hearing date.

IT IS SO ORDERED.

Dated:   January 27, 2017                           /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE

Ochoa: Stipulation                          3