HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JESUS OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00049-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION; ORDER** |
| vs. | |
| JESUS OCHOA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Jesus Ochoa, that Mr. Ochoa's term of unsupervised probation be extended to expire on May 13, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to April 17, 2018, and further suspended his 20 day custody sentence to April 19, 2018.

Mr. Ochoa's review hearing is currently scheduled for January 25, 2018. By that date, Mr. Ochoa was required to pay off all outstanding state fines and get his license reinstated. Mr. Ochoa discovered that he owes approximately $2800 in state fines, which have gone to a collection agency. Despite his efforts, Mr. Ochoa has not been able to pay off this amount. He recently became a father for the fifth time and had to move into a larger apartment to accommodate his growing family. Mr. Ochoa is the sole provider of his large family, and works

full time to try to support his wife and five children. He makes $1400 a month, which barely covers living expenses. Nonetheless, he believe that if given a few more months, he will be able to afford to get his license reinstated. He respectfully requests the opportunity. Accordingly, the parties request that Mr. Ochoa's review hearing be continued to April 17, 2018 and that his probation be extended to May 13, 2018 to give Mr. Ochoa time to pay the outstanding state fines.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 19, 2018               /s/ Susan St. Vincent
                                     Susan St. Vincent
                                     Yosemite Legal Officer
                                     Attorney for Plaintiff

                                     HEATHER E. WILLIAMS
                                     Federal Defender

Date: January 19, 2018               /s/ Hope Alley
                                     HOPE ALLEY
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JESUS OCHOA

## O R D E R

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the January 25, 2018 hearing for Jesus Ochoa, Case No. 6:15-mj-00049-MJS, is continued to April 17, 2018 at 10:00 a.m., and the term of said Defendant's probation is extended to May 13, 2018.

IT IS SO ORDERED.

Dated:   January 19, 2018            /s/ Michael J. Seng
                                     UNITED STATES MAGISTRATE JUDGE