| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JESUS OCHOA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00049-MJS |
| Plaintiff, | ) | **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION; ORDER** |
| vs. | ) | |
| JESUS OCHOA, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Jesus Ochoa, that Mr. Ochoa's term of unsupervised probation be extended to expire on July 12, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to June 12, 2018, and further suspended his 20 day custody sentence to June 14, 2018.

Mr. Ochoa's review hearing is currently scheduled for April 17, 2018. By that date, Mr. Ochoa was required to pay off all outstanding state fines and get his license reinstated. After paying off his state fines, Mr. Ochoa is finally eligible to get his restricted license and will be eligible for a fully reinstated license in May 2018. If Mr. Ochoa waits until May he can avoid paying $300 to get his restricted license and have a fully instated license. He respectfully requests a continuance so that he can avoid the extra fine and get a fully reinstated license.

Accordingly, the parties request that Mr. Ochoa's review hearing be continued to June 12, 2018 and that his probation be extended to July 12, 2018.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 26, 2018  /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 26, 2018  /s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JESUS OCHOA

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the April 17, 2018 hearing for Jesus Ochoa, Case No. 6:15-mj-00049-MJS, is continued to June 12, 2018 at 10:00 a.m., and his probation, and all of its terms and conditions, is extended to July 12, 2018, with service of custody delayed until June 14, 2018.

IT IS SO ORDERED.

Dated:  March 26, 2018   /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Ochoa: Stipulation to Continue

2