| | |
|---|---|
| 1  Tyler Jones<br>   Yosemite Legal Intern<br>2  NATIONAL PARK SERVICE<br>   Legal Office<br>3  P.O. Box 517<br>4  Yosemite, California 95389<br>   Telephone: (209) 372-0241<br>5 | <br>**FILED**<br>JUL 11 2018<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS CERVANTES OCHOA,<br><br>Defendant. | DOCKET NO. 6:15-mj-0049-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Tyler Jones, Legal Intern for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am a Legal Intern in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for 3 weeks.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite. In the normal course of my duties, I learned that defendant Jesus Cervantes OCHOA has failed to: provide proof of obtaining a driver's license and provide proof of 60 hours of community service.

As the Legal Intern, I am aware that OCHOA, was charged with driving a motor vehicle when his driving privilege was suspended or revoked, in violation of Title 36 Code of Federal Regulations §4.2 (b) (incorporating California Vehicle Code §14601.1 (a)); failure to display license plates, in violation of Title 36 Code of Federal Regulations § 4.2, incorporating California

1

Vehicle Code § 5200; failure to provide proof of vehicle registration, in violation of Title 36 Code of Federal Regulations § 4.2, incorporating California Vehicle Code § 4000; failure to provide evidence of financial responsibility, in violation of Title 36 Code of Federal Regulations §4.2(b); California Vehicle Code §16028 (a); and carrying an open container of alcohol in the motor vehicle, in violation of Title 36 Code of Federal Regulations § 4.14. On August 5, 2015, OCHOA plead guilty to the charge of driving a motor vehicle when his driving privilege was suspended or revoked and carrying an open container of alcohol in the motor vehicle. OCHOA was sentenced to 20 days suspended custody, $20 fees, and 18 months of unsupervised probation with the conditions he obtain and show proof of a driver's license, obey all laws, and report all new violations of the law to the Court.

On January 27, 2017, OCHOA'S probation was extended to February 5, 2018 additional 12 months of unsupervised probation, with the same terms and conditions. A review hearing was set for January 5, 2018. OCHOA was ordered to pay the special assessment and obtain a driver's license and provide proof of the same at or prior to the review hearing. On January 19, 2018, OCHOA'S probation was extended to May 13, 2018. On March 26, 2018, OCHOA'S probation was extended to July 12, 2018. On July 10, 2018 OCHOA appeared at a review hearing and advised the Court he had not obtained a license but was near to having state fines paid and obtaining his license. This Court extended his probation to January 10, 2019 and further ordered OCHOA pay the state fines before October 10, 2018 and obtain a license before November 11, 2018.

The government alleges OCHOA has violated the following condition(s) of his unsupervised probation:

CHARGE ONE: FAILURE TO OBEY ALL LAWS

OCHOA was ordered to obey all laws. On July 10, 2018 Ochoa was arrested in Yosemite National Park for 1) driving with a suspended license. 2) possession of a controlled substance (marijuana,) and 3) speeding.

//

//

2

| | |
|---|---|
| 1 | I declare under penalty of perjury the information which I have set forth above and on the |
| 2 | face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge. |

July 11, 2018
Date

*Tyler Jones*
Tyler Jones
Legal Intern
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

July 11, 2018
Date

*Jeremy Peterson*
Honorable Jeremy D. Peterson
U. S. Magistrate Judge
Eastern District of California