AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

**FILED**

JUL 11 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                                     )
             v.                                       )
                                                     )       Case No.    6:15MJ00049-MJS
JESUS OCHOA,                            )

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address within 5 days; and

(4) Unless waived by the Court, the defendant must appear before: U.S. District Court, Yosemite on December 11, 2018 at 10:00 AM before Magistrate Judge Jeremy D. Peterson.
*Place*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 7/10/2018

Date: 7/11/18

_Jesus Ochoa_
*Defendant's signature*

_Jeremy Peterson_
*Judicial Officer's Signature*

Magistrate Judge Jeremy D. Peterson
*Printed name and title*