| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar No. 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA Bar No. 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JESUS OCHOA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:15-mj-000049-JDP |
|---|---|
| Plaintiff, | **AMENDED STIPULATION TO MODIFY CONDITIONS OF PROBATION; ORDER** |
| vs. | |
| JESUS OCHOA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Jesus Ochoa, that the Court modify the terms and conditions of Mr. Ochoa's probation as set forth below. Pursuant to 18 U.S.C. § 3563(c), "[t]he court may modify…the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation."

On July 11, 2018, Mr. Ochoa admitted charge one of the Affidavit of Alleged Probation Violations. *See* Docket 27 (Revocation, Judgment, and Commitment). His probation was extended to July 10, 2019. *Id.* Additionally, as a condition of probation, the Court ordered Mr. Ochoa to serve 10 days in custody (to be served on the weekends). He was ordered to report to Lerdo Detention Facility on Friday, September 14 by 8:00 p.m. *Id.*

Mr. Ochoa reported to Lerdo on September 14 but was turned away because there was no

record of his sentence. According to the U.S. Marshals Service ("USMS"), Mr. Ochoa needed to report to USMS to be processed. USMS then sends the necessary paperwork to the appropriate detention facility.

Mr. Ochoa has arranged to report to USMS on September 24 for processing. Accordingly, the parties request that Mr. Ochoa's probation be modified to order him to serve 10 days in custody commencing September 28, 2018 (custody time to be served on the weekends). Page 3, item 7 of the Revocation, Judgment, and Commitment would read as follows:

**7. The ten days of custody will be served on the following weekends:**

**September 28, 2018 at 8 p.m. to September 30, 2018 at 12 p.m.**

**October 5, 2018 at 8 p.m. to October 8, 2018 at 12 p.m.**

**October 12, 2018 at 8 p.m. to October 14, 2018 at 12 p.m.**

Furthermore, USMS indicated that Mr. Ochoa could serve his sentence at Fresno County Jail. Accordingly, the parties further request that the conditions of Mr. Ochoa's probation are modified to allow him to serve the 10 days of custody at Fresno County Jail.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 21, 2018          */s/ Susan St. Vincent*
                                  Susan St. Vincent
                                  Yosemite Legal Officer
                                  Attorney for Plaintiff


                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: September 21, 2018          */s/ Hope Alley*
                                  HOPE ALLEY
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JESUS OCHOA

# **O R D E R**

The Court hereby grants the parties' request to modify the conditions of Mr. Ochoa's probation. Page 3, item 7 of the Revocation, Judgment, and Commitment is MODIFIED to read as follows:

**7. The ten days of custody will be served on the following weekends:**

**September 28, 2018 at 8 p.m. to September 30, 2018 at 12 p.m.**

**October 5, 2018 at 8 p.m. to October 8, 2018 at 12 p.m.**

**October 12, 2018 at 8 p.m. to October 14, 2018 at 12 p.m.**

Additionally, Mr. Ochoa is order to serve his custodial sentence at Fresno County Jail.

IT IS SO ORDERED.

Dated: September 24, 2018

UNITED STATES MAGISTRATE JUDGE