| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar No. 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA Bar No. 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JESUS OCHOA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-000049-JDP |
| Plaintiff, | **SECOND AMENDED STIPULATION TO MODIFY CONDITIONS OF PROBATION; ORDER** |
| vs. | |
| JESUS OCHOA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Jesus Ochoa, that the Court modify the terms and conditions of Mr. Ochoa's probation as set forth below. Pursuant to 18 U.S.C. § 3563(c), "[t]he court may modify…the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation."

On July 11, 2018, Mr. Ochoa admitted charge one of the Affidavit of Alleged Probation Violations. *See* Docket 27 (Revocation, Judgment, and Commitment). His probation was extended to July 10, 2019. *Id.* Additionally, as a condition of probation, the Court ordered Mr. Ochoa to serve 10 days in custody (to be served on the weekends). He was ordered to report to Lerdo Detention Facility on Friday, September 14 by 8:00 p.m. *Id.*

Mr. Ochoa reported to Lerdo on September 14 but was turned away because there was no

record of his sentence. According to the U.S. Marshals Service ("USMS"), Mr. Ochoa needed to report to USMS to be processed. USMS then sends the necessary paperwork to the appropriate detention facility.

Mr. Ochoa reported to USMS on September 24 for processing and he is set to start his custodial sentence this Friday, September 28. Unfortunately, the last modification included October 8—which is a federal holiday. Mr. Ochoa recently found out that he does not have that day off of work; rather he is scheduled to work that day. Accordingly, the parties respectfully ask the court to amend the days that Mr. Ochoa will serve at Fresno County Jail as follows:

**7. The ten days of custody will be served on the following weekends:**

**September 28, 2018 at 8 p.m. to September 30, 2018 at 12 p.m.**

**October 5, 2018 at 8 p.m. to October 7, 2018 at 12 p.m.**

**October 12, 2018 at 8 p.m. to October 13, 2018 at 12 p.m.**

**October 19, 2018 at 8 p.m. to October 20, 2018 at 12 p.m.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 25, 2018                */s/ Susan St. Vincent*
                                        Susan St. Vincent
                                        Yosemite Legal Officer
                                        Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 25, 2018                */s/ Hope Alley*
                                        HOPE ALLEY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JESUS OCHOA

# **O R D E R**

The court hereby grants the parties' request to modify the conditions of Mr. Ochoa's probation. Page 3, item 7 of the Revocation, Judgment, and Commitment is MODIFIED to read as follows:

**7. The ten days of custody will be served on the following weekends:**

    **September 28, 2018 at 8 p.m. to September 30, 2018 at 12 p.m.**

    **October 5, 2018 at 8 p.m. to October 7, 2018 at 12 p.m.**

    **October 12, 2018 at 8 p.m. to October 13, 2018 at 12 p.m.**

    **October 19, 2018 at 8 p.m. to October 20, 2018 at 12 p.m.**

IT IS SO ORDERED.

Dated: September 27, 2018

UNITED STATES MAGISTRATE JUDGE