HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
JESUS OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:15-MJ-00049 JDP |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING REVIEW HEARING** |
| JESUS OCHOA, | ) | |
| Defendant. | ) | Date: June 11, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Jesus Ochoa, that the review hearing scheduled for June 11, 2019, may be continued to July 30, 2019, at 10:00 a.m.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

-1-

Defense counsel seeks additional time to allow the defendant to retrieve his drivers license and to complete his community service. Defense counsel asks to reschedule the case for July 30, 2019 at 10:00 a.m..

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  June 3, 2019            /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for JESUS OCHOA


                                McGREGOR W. SCOTT
                                United States Attorney

Dated:  June 3, 2019            /s/ T. Zindel for S. St. Vincent
                                SUSAN ST. VINCENT
                                Legal Officer

**O R D E R**

The review hearing scheduled for June 11, 2019 is continued to July 30, 2019, at 10:00 a.m., for the reasons set forth above.

IT IS SO ORDERED.

Dated:  June 5, 2019            _____
                                UNITED STATES MAGISTRATE JUDGE