HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID HARSHAW, KYSBN # 86435
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666x7312
Fax: (916) 498-6656
david_harshaw@fd.org

Attorneys for Defendant
JESUS OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6-15-mj-00049-JDP |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| vs. | |
| JESUS OCHOA, | |
| Defendant. | |

Come the parties stipulating and requesting that the status hearing in this case be continued from July 31, 2019 to August 13, 2019. Mr. Ochoa has obtained a driver's license and he needs just a little more time to complete his community service.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 22, 2019        */s/ David Harshaw*
                           DAVID HARSHAW
                           Assistant Federal Defender
                           Attorneys for Defendant
                           JESUS OCHOA

Date: July 22, 2019        MCGREGOR W. SCOTT
                           United States Attorney

                           */s/ Susan St. Vincent*

-1-

SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff

**O R D E R**

The court, being sufficiently advised, **ORDERS** that the status hearing set for July 31, 2019 in Case No. 6:15-mj-00049-JDP be continued to August 13, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  July 31, 2019

_____
UNITED STATES MAGISTRATE JUDGE