| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | DAVID HARSHAW, KYSBN # 86435<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-6666x7312 |
| 5 | Fax: (916) 498-6656<br>david_harshaw@fd.org |
| 6 | |
| 7 | Attorneys for Defendant<br>JESUS OCHOA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6-15-mj-00049-JDP |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO VACATE REVIEW HEARING AND TERMINATE PROBATION** |
| vs. | ) ) | |
| JESUS OCHOA, | ) ) | |
| Defendant. | ) ) | |

Come the parties stipulating and requesting that the status hearing in this case on August 13, 2019 be vacated and the Defendant's probation be terminated. Mr. Ochoa has fulfilled the terms of his probation. He has obtained a driver's license and he has completed his community service, which were the last things he needed to do. *See* Minute Order of 12/11/2018, Doc. No. 33.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 1, 2019          */s/ David Harshaw*
                              DAVID HARSHAW
                              Assistant Federal Defender
                              Attorneys for Defendant
                              JESUS OCHOA

-1-

| | |
|---|---|
| Date: August 1, 2019 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Susan St. Vincent*<br>SUSAN ST. VINCENT<br>Yosemite Legal Officer<br>Attorney for Plaintiff |

# **O R D E R**

The court, being sufficiently advised, orders that the status hearing set for August 13, 2019 in Case No. 6:15-mj-00049-JDP is vacated and defendant's probation is terminated.

IT IS SO ORDERED.

Dated:   August 2, 2019

_____
UNITED STATES MAGISTRATE JUDGE